In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-26-00272-CV**
_____

**IN RE EANDRE JUWON MOTT**

**Original Proceeding**
**317th District Court of Jefferson County, Texas**
**Trial Cause No. F-235,262**

**MEMORANDUM OPINION**

In a petition for a writ of mandamus, EAndre Juwon Mott asks this Court to compel the trial court or the District Clerk to provide copies of the clerk's record and reporter's record in the record of Trial Cause Number F-235,262. Relator asserts he is indigent and he is "currently pursuing Appellate Relief and/or other [remedies]" that he cannot present without access to the record.

We may issue a writ of mandamus to remedy a clear abuse of discretion by the trial court when the relator lacks an adequate remedy by appeal. *See In re Prudential Ins. Co. of Am.*, 148 S.W.3d 124, 135-36 (Tex. 2004) (orig. proceeding);

1

*Walker v. Packer*, 827 S.W.2d 833, 839-40 (Tex. 1992) (orig. proceeding). The trial court cause number referred to in Mott's petition corresponds to Appeal Number 09-21-00317-CV, *In the Interest of E.M. and E.B.* This Court affirmed the trial court's judgment in 2022. *See* 2022 WL 1037756 (Tex. App.—Beaumont Apr. 7, 2022, no pet.) (mem. op.). Relator has exhausted his right of appeal, and he has not identified any other remedy available to him at this time for which he would be entitled to a free record. Accordingly, we deny the petition for a writ of mandamus. *See* Tex. R. App. P. 52.8(a).

     PETITION DENIED.

                             PER CURIAM

Submitted on August 5, 2026
Opinion Delivered August 6, 2026

Before Golemon, C.J., Johnson and Chambers, JJ.